# BARNES & THORNBURG LLP

David E. Wood
Partner
(310) 284-3793
david.wood@btlaw.com

2029 Century Park East, Suite 300
Los Angeles, CA 90067-2904 U.S.A.
Phone (310) 284-3880
Fax (310) 284-3894
www.btlaw.com

December 9, 2020

*Via ECF*

Honorable Mary Kay Vyskocil
United States District Court
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, Room 2230
New York, New York 10007

>Re:    *Computer Sciences Corporation v. Endurance Risk Solutions Assurance Co. et al.*, **Case No. 1:20-cv-01580 (MKV) S.D.N.Y. (filed February 21, 2020)**
>
>       **REQUEST FOR ORAL ARGUMENT**

Dear Judge Vyskocil:

      This firm represents Plaintiff in the captioned action.  Briefing of Defendants' Motion to Dismiss Plaintiff's Complaint ("Motion") was completed today by Defendant's filing of their Reply in support thereof.  We respectfully request that the Court hold oral argument on this Motion on a date and time convenient to Your Honor.

      Sincerely,

      BARNES & THORNBURG LLP

      By
        DAVID E. WOOD

cc:    Richard Rogers (rrogers@tlsslaw.com)
      Lisa Shrewsberry (lshrewsberry@tlsslaw.com)