**BARNES & THORNBURG** LLP

David E. Wood
Partner
(310) 284-3793
dwood@btlaw.com

2029 Century Park East, Suite 300
Los Angeles, CA 90067-2904 U.S.A.
(310) 284-3880
Fax (310) 284-3894

www.btlaw.com

February 25, 2022

<u>*Via ECF*</u>
Honorable Mary Kay Vyskocil
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/28/2022
```

Re: <u>*Computer Sciences Corporation v. Endurance Risk Solutions Assurance Co. et al.*, Case No. 1:20-cv-01580-MKV – Request to Seal CSC's Opposition to Motion</u>

Dear Judge Vyskocil:

    This firm represents Plaintiff Computer Sciences Corporation ("CSC") in the above action. Pursuant to Section 9.B. of Your Honor's Individual Rules of Practice, we write to respectfully request leave to file CSC's opposition to Defendant Endurance Risk Solutions Assurance Co.'s ("Endurance") Motion to Enforce the Settlement Agreement as partially redacted, as to its opposition memorandum of law and affidavit, and under seal as to the supporting exhibits thereto.

    On February 3, 2022, Endurance moved to file its Motion to Enforce the Settlement Agreement as "partially redacted, as to the affidavit and memorandum of law, and under seal, as to the exhibits accompanying the affidavit" on the ground that such materials reflect "confidential settlement negotiations between the parties" and "to avoid any potential conflict with Rule 408 of the Federal Rules of Evidence." *See* ECF Dkt. No. 83. The Court granted Endurance's request on the same date. *See* ECF Dkt. No. 84; *see also* ECF Dkt. No. 77.

    Pursuant to Your Honor's Rules, any redaction and/or sealing of a court filing must be narrowly tailored to serve whatever purpose justifies the redaction or sealing and must be otherwise consistent with the presumption in favor of public access to judicial documents. CSC disagrees with Endurance's characterization of the dialogue between the parties' respective representatives as constituting "settlement negotiations between the parties" within the meaning of Rule 408 of the Federal Rules Evidence. Notwithstanding, CSC seeks permission to file redacted versions of its opposition memorandum of law and affidavit, and to file the exhibits thereto under seal consistent with Endurance's non-public filings and Your Honor's prior rulings.

Respectfully submitted,

BARNES & THORNBURG LLP

By _____
    DAVID E. WOOD

**Granted. SO ORDERED.**

Date: 2/28/2022
New York, New York

_/s/ Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge